| United States Bankruptcy Court<br>District of Minnesota | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**International Rarities Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**41-1972398** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**331 2nd Avenue South, Suite 410**<br>**Minneapolis, MN**     ZIP Code **55401** | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Hennepin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIP Code | Mailing Address of Joint Debtor (if different from street address):     ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>■ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**       THIS SPACE IS FOR COURT USE ONLY

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **International Rarities Corp.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____ <br> Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**International Rarities Corp.**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Thomas G. Wallrich**
Signature of Attorney for Debtor(s)

**Thomas G. Wallrich 213354**
Printed Name of Attorney for Debtor(s)

**Hinshaw & Culbertson LLP**
Firm Name

**333 South Seventh Street**
**Suite 2000**
**Minneapolis, MN 55402-2431**

Address

**612-333-3434  Fax: 612-334-8888**
Telephone Number

**August 19, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Stephen Hastings**
Signature of Authorized Individual

**Stephen Hastings**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 19, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## District of Minnesota

In re **International Rarities Corp.**      Case No. _____

Debtor(s)     Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Robert Hiatt**<br>**6 Flagler Lane, #210**<br>**Holly Hill, FL 32117** | **Robert Hiatt**<br>**6 Flagler Lane, #210**<br>**Holly Hill, FL 32117**<br>**386-226-9550** | **February 1, 2011**<br>**Promissory Note** | | **391,704.00** |
| **Dean Dellinger**<br>**5781 Northrop Road**<br>**Milton, FL 32570** | **Dean Dellinger**<br>**5781 Northrop Road**<br>**Milton, FL 32570**<br>**850-623-3463** | **Tort Claims**<br>**Asserted by**<br>**Customer** | **Disputed** | **335,451.16** |
| **Doris Donald**<br>**3191 County Road 43**<br>**Clanton, AL 35046** | **Doris Donald**<br>**3191 County Road 43**<br>**Clanton, AL 35046**<br>**205-646-3706** | **Payment for goods**<br>**to be delivered** | | **223,250.00** |
| **RREEF America Reit II**<br>**Portfolio, LP**<br>**10815 Rancho Bernardo Road**<br>**Suite 390**<br>**San Diego, CA 92127** | **RREEF America Reit II**<br>**Portfolio, LP**<br>**10815 Rancho Bernardo Road**<br>**San Diego, CA 92127** | **Arrearages Under**<br>**Lease of Real**<br>**Property** | **Unliquidated**<br>**Disputed** | **200,000.00** |
| **Max & Florence Schwartz**<br>**101 South Plaza Place**<br>**Unit 1508**<br>**Atlantic City, NJ 08401** | **Max & Florence Schwartz**<br>**101 South Plaza Place**<br>**Unit 1508**<br>**Atlantic City, NJ 08401**<br>**609-344-6962** | **Payment for goods**<br>**to be delivered** | | **108,161.00** |
| **Charles Goff**<br>**2119 Murray Drive**<br>**Midwest City, OK 73110** | **Charles Goff**<br>**2119 Murray Drive**<br>**Midwest City, OK 73110**<br>**405-737-1153** | **Payment for goods**<br>**to be delivered** | | **93,000.00** |
| **Dan Angulo**<br>**217 Pettibone Avenue**<br>**Crown Point, IN 46307** | **Dan Angulo**<br>**217 Pettibone Avenue**<br>**Crown Point, IN 46307**<br>**219-808-7153** | **Potential**<br>**rescission claim**<br>**based on private**<br>**offering of stock in**<br>**International**<br>**Rarities Holdings,**<br>**Inc.** | | **88,000.00** |

In re **International Rarities Corp.**                                    Case No. _____

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Nancy Turnbull**<br>**11285 Hadley Street**<br>**Overland Park, KS 66210** | **Nancy Turnbull**<br>**11285 Hadley Street**<br>**Overland Park, KS 66210**<br>**913-491-6961** | **Potential rescission claim based on private offering of stock in International Rarities Holdings, Inc.** | | **84,000.00** |
| **Marc One Numismatics, Inc.**<br>**P.O. Box 8048**<br>**Newport Beach, CA 92658** | **Marc One Numismatics, Inc.**<br>**P.O. Box 8048**<br>**Newport Beach, CA 92658**<br>**1-800-346-2721** | **Trade Debt** | | **82,769.81** |
| **Harold Dunn**<br>**600 Dowling Street**<br>**Westland, MI 48186** | **Harold Dunn**<br>**600 Dowling Street**<br>**Westland, MI 48186**<br>**734-728-0956** | **Payment for goods to be delivered** | | **66,332.00** |
| **Alois Brey**<br>**761 Main Street**<br>**Wabasso, MN 56293** | **Alois Brey**<br>**761 Main Street**<br>**Wabasso, MN 56293**<br>**507-342-5750** | **Payment for goods to be delivered** | | **64,507.00** |
| **Stephen Romsdahl**<br>**40739 690th Avenue**<br>**Saint James, MN 56081** | **Stephen Romsdahl**<br>**40739 690th Avenue**<br>**Saint James, MN 56081**<br>**507-375-5317** | **Rescission and other claims arising out of subscription for purchase of stock in International Rarities Holdings, Inc.** | | **62,500.00** |
| **Earl V. Fleming**<br>**15707 534th Avenue**<br>**Garden City, MN 56034** | **Earl V. Fleming**<br>**15707 534th Avenue**<br>**Garden City, MN 56034**<br>**507-549-3430** | **Rescission and other claims arising out of subscription for purchase of stock in International Rarities Holdings, Inc.** | | **58,500.00** |
| **David Jagt**<br>**242 Gold Aire Boulevard**<br>**Winter Haven, FL 33884** | **David Jagt**<br>**242 Gold Aire Boulevard**<br>**Winter Haven, FL 33884**<br>**863-324-8558** | **Payment for goods to be delivered** | | **57,000.00** |
| **Mark Parker**<br>**21627 Gundpowder Road**<br>**Millers, MD 21102** | **Mark Parker**<br>**21627 Gundpowder Road**<br>**Millers, MD 21102**<br>**410-218-5980** | **Rescission and other claims arising out of subscription for purchase of stock in International Rarities Holdings, Inc.** | | **50,000.00** |

In re  **International Rarities Corp.**                 Case No.  _____

                               Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Ryan Kotula**<br>**2800 Southcross Drive W.**<br>**Burnsville, MN 55306** | **Ryan Kotula**<br>**2800 Southcross Drive W.**<br>**Burnsville, MN 55306**<br>**952-226-5182** | **Potential rescission claim based on private offering of stock in International Rarities Holdings, Inc.** | | **50,000.00** |
| **Dr. David Knox**<br>**24746 Big Fir Road**<br>**West Linn, OR 97068** | **Dr. David Knox**<br>**24746 Big Fir Road**<br>**West Linn, OR 97068**<br>**503-657-0814** | **Potential rescission claim based on private offering of stock in International Rarities Holdings, Inc.** | | **50,000.00** |
| **Keith King**<br>**73-994 Ahikawa Street**<br>**Kailua Kona, HI 96740** | **Keith King**<br>**73-994 Ahikawa Street**<br>**Kailua Kona, HI 96740**<br>**808-325-7935** | **Potential rescission claim based on private offering of stock in International Rarities Holdings, Inc.** | | **50,000.00** |
| **Leon Gainen**<br>**1615 W. 22nd Street**<br>**San Pedro, CA 90732** | **Leon Gainen**<br>**1615 W. 22nd Street**<br>**San Pedro, CA 90732**<br>**310-833-3991** | **Potential rescission claim based on private offering of stock in International Rarities Holdings, Inc.** | | **50,000.00** |
| **Clifton Browning**<br>**6355 S. 750 East**<br>**Bountiful, UT 84010** | **Clifton Browning**<br>**6355 S. 750 East**<br>**Bountiful, UT 84010**<br>**801-295-0508** | **Potential rescission claim based on private offering of stock in International Rarities Holdings, Inc.** | | **50,000.00** |

In re     **International Rarities Corp.**                                                    Case No. _____
                                   _____
                                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date  **August 19, 2011**                              Signature     **/s/ Stephen Hastings**
    _____                              _____
                                                                         **Stephen Hastings**
                                                                         **President**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## District of Minnesota

In re    **International Rarities Corp.**                       ,      Case No. _____

                                               Debtor

Chapter _____ **11** _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 1,353,295.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 51,785.95 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 321.89 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | 2,973,814.04 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| Total Assets | | | 1,353,295.00 | | |
| Total Liabilities | | | | 3,025,921.88 | |

# United States Bankruptcy Court
### District of Minnesota

In re    **International Rarities Corp.** _____,     Case No. _____

                                                       Debtor

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re   **International Rarities Corp.**             ,    Case No. _____

                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | (Report also on Summary of Schedules) | | |

  **0**   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re    **International Rarities Corp.**
_____,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Affinity Plus 50 South Sixth Street #200 Minneapolis, MN 55402 Account No. xxxxxx8450 Member Share $50.00** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      0.00
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

In re　**International Rarities Corp.**　　　　　　　　　　　　　　　,　Case No. _____
　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Officer Loan Receivable (David Marion)** | - | **454,533.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >　　**454,533.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re **International Rarities Corp.**                                    ,     Case No. _____

_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claims against former employees and agents for claims based on misappropriation of proprietary information and wrongful conduct related to the solicitation of Debtor's customers, including, but not limited to claims based on breach of contract, violation of trade secrets act, tortious interference. Parties against whom claims might be asserted include Roger Westerling, Truman & Company, 2579 Hamline Ave. N., #C, St. Paul, MN 55113 (651) 582-3865.** | - | **Unknown** |
| | | **Claims against officers, directors, principals, employees, and professionals for violation of applicable state or federal securities laws, breaches of fiduciary duty, professional malpractice, and similar claims.** | - | **Unknown** |
| | | **Indemnification claims against International Rarities Holdings, Inc. based on claims for rescission of subscription agreements.** | - | **896,357.00** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Customer List** | - | **Unknown** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **See Attached Exhibit B-28** | - | **2,405.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

|  | Sub-Total > | **898,762.00** |
|---|---|---|
|  | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re    **International Rarities Corp.**                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | | **Coin Inventory\*** | **-** | **0.00** |
| | | **\*As of the filing date, the Debtor was in possession of coins with an aggregate value of approximately $97,955.00 that had been purchased for delivery pursuant to customer orders. Customer payment had been received for all such coins, and the coins had been identified to specific contracts.** | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total >  (Total of this page) | **0.00** |
| Total > | **1,353,295.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **International Rarities Corp.**                                                  Case No. _____

_____ ,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Dana Golden** <br> **19805 Waterford Place** <br> **Shorewood, MN 55331** | X | - | **March 1, 2009 Security Agreement executed pursuant to June 2, 2009 dissolution decree, granting security interest in equipment, accounts, inventory, and general intangibles to secure payment obligations of David L. Marion.** | | X | X | | |
| | | | Value $               **1,354,763.00** | | | | 0.00 | 0.00 |
| Account No. <br><br> **Wells Fargo Bank Minnesota, NA** <br> **730 2nd Avenue South** <br> **Suite 1000** <br> **MAC #N9314-100** <br> **Minneapolis, MN 55479** | X | - | **1/31/2003** <br><br> **Promissory note secured by accounts, equipment, inventory, general intangibles** | | | | | |
| | | | Value $               **1,354,763.00** | | | | 51,785.95 | 0.00 |
| Account No. <br><br><br><br><br> | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. <br><br><br><br><br> | | | | | | | | |
| | | | Value $ | | | | | |

| | | | |
|---|---|---|---|
| __0__ continuation sheets attached | | Subtotal <br> (Total of this page) | 51,785.95 | 0.00 |
| | | Total <br> (Report on Summary of Schedules) | 51,785.95 | 0.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                         Best Case Bankruptcy

.

In re    **International Rarities Corp.**                ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____ continuation sheets attached

In re __International Rarities Corp._____,   Case No. _____

        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx2901** <br><br> **Minnesota Dept. of Revenue** <br> **PO Box 64650** <br> **Saint Paul, MN 55164-0650** | - | | **Taxes** | | | | **321.89** | **0.00** <br><br> **321.89** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1___ of __1___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | **0.00** <br> **321.89** | **321.89** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **0.00** <br> **321.89** | **321.89** |

In re **International Rarities Corp.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Alice Akers** <br>**907 Ashworth Road** <br>**#308** <br>**West Des Moines, IA 50265** | | - | **Customer payment received, unfilled order** | | | | 7,678.80 |
| Account No. <br><br>**Alois Brey** <br>**761 Main Street** <br>**Wabasso, MN 56293** | | - | **Customer payment received, unfilled order** | | | | 64,507.00 |
| Account No. <br><br>**Ann McElligott** <br>**10668 SW 41st Avenue** <br>**Portland, OR 97219** | X | - | **Claims based on subscription for stock in International Rarities Holdings, Inc.** | | | | 12,500.00 |
| Account No. **xxx9942** <br><br>**Avaya Financial Services** <br>**P.O. Box 93000** <br>**Chicago, IL 60673** | | - | **Phone System Lease** | | | | 2,555.98 |

| | | |
|---|---|---|
| \_\_**18**\_\_ continuation sheets attached | Subtotal <br>(Total of this page) | 87,241.78 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re  **International Rarities Corp.**  ,  Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Parking | | | | |
| Baker Investments 150 South Fifth Street Suite 1425 Minneapolis, MN 55402 | - | | | | | | | | 3,004.24 |
| Account No. | | | | | Tort Claims Alleged by Former Customer | | | | |
| Barbara Shannon 503 Hillcrest Avenue Ravenswood, WV 26164 | - | | | | | | X | X | Unknown |
| Account No. | | | | | Represents Barbara Shannon | | | | |
| Kathy A. Brown Law, PLLC 2306 Kanawha Boulevard, East P.O. Box 631 Charleston, WV 25322 | | | | | | | | | Notice Only |
| Account No. xxx97-01 | | | | | Services Performed | | | | |
| Bernick, Lifson, Greenstein, Greene & Liszt, PA 5500 Wayzata Blvd, #1200 Minneapolis, MN 55416 | - | | | | | | | | 2,400.00 |
| Account No. 9115 | | | | | Goods Purchased | | | | |
| Berry Coffee Company 14825 Martin Drive Eden Prairie, MN 55344 | - | | | | | | | | 500.20 |

Sheet no. __1__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   5,904.44

In re **International Rarities Corp.** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx0157** | | | | | | | | |
| **Better Business Bureau** **2706 Gannon Road** **Saint Paul, MN 55116** | | - | | | | | | 650.00 |
| Account No. | | | | Indemnification Claim of Former Officer | | | | |
| **Catherine Chambers** **3333 Texas Avenue South** **St. Louis Park, MN 55426** | | - | | | X | X | | **Unknown** |
| Account No. | | | | Claims based on subscription for stock in International Rarities Holdings, Inc. | | | | |
| **Catherine Reaves** **1607 Guyer Street** **High Point, NC 27265** | X | - | | | | | | 30,000.00 |
| Account No. | | | | Customer payment received, unfilled order | | | | |
| **Chad Commers** **4151 Gulf Blvd. N.** **#404** **Naples, FL 34103** | | - | | | | | | 4,376.00 |
| Account No. | | | | Claims based on subscription for stock in International Rarities Holdings, Inc. | | | | |
| **Charles Allison** **741 County Road 3275** **Kempner, TX 76539** | X | - | | | | | | 47,500.00 |

Sheet no. __2__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     82,526.00

In re __**International Rarities Corp.**_____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Customer payment received, unfilled order | | | | |
| **Charles Goff** **2119 Murray Drive** **Midwest City, OK 73110** | | - | | | | | 93,000.00 |
| Account No. | | | Customer payment received, unfilled order | | | | |
| **Christine A. Lustgarten, Conservator** **1403 Farnam Street, Suite 232** **Omaha, NE 68102** | | - | | | | | 42,100.00 |
| Account No. | | | Customer payment received, unfilled order | | | | |
| **Clarence P. Nantz** **2805 Castle Drive** **Fort Wayne, IN 46816** | | - | | | | | 16,854.31 |
| Account No. | | | Services Performed | | | | |
| **Clark, Partington, Hart** **One Pensacola Plaza** **Suite 800** **125 West Romana Street** **Pensacola, FL 32502** | | - | | | | | 29,514.63 |
| Account No. | | | Claims based on subscription for stock in International Rarities Holdings, Inc. | | | | |
| **Clifton Browning** **6355 S. 750 East** **Bountiful, UT 84010** | X | - | | | | | 50,000.00 |

Sheet no. __**3**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

231,468.94

In re __International Rarities Corp._____,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0062** <br><br>**Coordinated Business Sytems, Ltd.**<br>**851 W. 128th Street**<br>**Burnsville, MN 55337** | | - | **Copier/Printer Maintenance** | | | | 552.93 |
| Account No. <br><br>**Dan Angulo**<br>**217 Pettibone Avenue**<br>**Crown Point, IN 46307** | X | - | **Claims based on subscription for stock in International Rarities Holdings, Inc.** | | | | 88,000.00 |
| Account No. <br><br>**Daniel Fink**<br>**986 Miriam Drive East**<br>**Columbus, OH 43204** | | - | **Customer payment received, unfilled order** | | | | 3,060.00 |
| Account No. <br><br>**Darrell McConaghy**<br>**23750 SD Hwy 19**<br>**Madison, SD 57042** | X | - | **Claims based on subscription for stock in International Rarities Holdings, Inc.** | | | | 12,500.00 |
| Account No. <br><br>**David Hoyt**<br>**North 4635 Hwy 63**<br>**Spooner, WI 54801** | | - | **Customer payment received, unfilled order** | | | | 7,900.00 |

Sheet no. __4__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

112,012.93

In re  **International Rarities Corp.** _____,  Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Customer payment received, unfilled order | | | | |
| David Jagt 242 Gold Aire Boulevard Winter Haven, FL 33884 | | - | | | | | | | 57,000.00 |
| Account No. | | | | | Indemnification Claim of Former Officer | | | | |
| David Marion 331 2nd Avenue South, #410 Minneapolis, MN 55401 | | - | | | | X | X | | Unknown |
| Account No. | | | | | Trade Practices and Tort Claims Asserted by Former Customer | | | | |
| Dean Dellinger 5781 Northrop Road Milton, FL 32570 | | - | | | | | | X | 335,451.16 |
| Account No. | | | | | Represents Dean Dellinger | | | | |
| Joseph A. Zarzaur, Jr. Taylor, Martino & Zarzaur, PC 11 E. Romana St. Pensacola, FL 32502 | | | | | | | | | Notice Only |
| Account No. | | | | | Customer payment received, unfilled order | | | | |
| Doris Donald 3191 County Road 43 Clanton, AL 35046 | | - | | | | | | | 223,250.00 |

Sheet no. __5__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **615,701.16**

In re **International Rarities Corp.** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Dr. David Knox <br> 24746 Big Fir Road <br> West Linn, OR 97068 | X | - | Claims based on subscription for stock in International Rarities Holdings, Inc. | | | | 50,000.00 |
| Account No. <br><br> Duane Johnson <br> 9911 Isabelle Road <br> Lafayette, CO 80026 | X | - | Claims based on subscription for stock in International Rarities Holdings, Inc. | | | | 12,500.00 |
| Account No. <br><br> Earl Cleveland <br> 500 Briarwood Terrace <br> Ventura, CA 93001 | X | - | Claims based on subscription for stock in International Rarities Holdings, Inc. | | | | 5,000.00 |
| Account No. <br><br> Earl V. Fleming <br> 15707 534th Avenue <br> Garden City, MN 56034 | X | - | Claims based on subscription for stock in International Rarities Holdings, Inc. | | | | 58,500.00 |
| Account No. xxxxx9965 <br><br> Federal Express <br> P.O. Box 94515 <br> Palatine, IL 60094-4515 | | - | Services Provided | | | | 24,083.17 |

Sheet no. __6__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

150,083.17

In re __**International Rarities Corp.**_____ ,    Case No. _____

                                       Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Frank Chrane**<br>**12001 FM 11785**<br>**Abilene, TX 79602** | X | - | | **Claims based on subscription for stock in International Rarities Holdings, Inc.** | | | | 12,500.00 |
| Account No.<br><br>**Frank Hoffman**<br>**121 Ridgeway Drive**<br>**Ephrata, PA 17522** | | - | | **Customer payment received, unfilled order** | | | | 22,749.00 |
| Account No.<br><br>**Fred Jefferies**<br>**2501 North Jackson Street**<br>**Waukegan, IL 60087** | | - | | **Customer payment received, unfilled order** | | | | 7,600.00 |
| Account No.<br><br>**George Fink**<br>**5730 Vandermark Road**<br>**Medina, OH 44256** | | - | | **Customer payment received, unfilled order** | | | | 8,580.00 |
| Account No.<br><br>**Greenhaven Printing**<br>**4575 Chatsworth Street N.**<br>**Shoreview, MN 55126** | | - | | **Services Provided** | | | | 2,171.61 |

Sheet no. __7___ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal<br>(Total of this page)       **53,600.61**

In re __International Rarities Corp._____ ,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | Customer payment received, unfilled order | | | | |
| Harold Dunn 600 Dowling Street Westland, MI 48186 | | | | | | | | 66,332.00 |
| Account No. | | | - | Customer payment received, unfilled order | | | | |
| Jeff Pattison 123 Cain Road Glasgow, MT 59230 | | | | | | | | 10,855.00 |
| Account No. | | | - | Customer payment received, unfilled order | | | | |
| John Loseman 145 Mount Zion Lane Batesville, AR 72501 | | | | | | | | 7,583.00 |
| Account No. | X | | - | Claims based on subscription for stock in International Rarities Holdings, Inc. | | | | |
| Keith King 73-994 Ahikawa Street Kailua Kona, HI 96740 | | | | | | | | 50,000.00 |
| Account No. | | | - | Services Performed | | | | |
| Kelly & Berens, PA 3720 IDS Center 80 South 8th Street Minneapolis, MN 55402 | | | | | | | | 35,831.19 |

Sheet no. __8___ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 170,601.19

In re __International Rarities Corp._____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Services Performed | | | | |
| **Lapp, Libra, Thomson, Stoebner Pusch** **One Financial Plaza** **120 S. 6th St., Suite 2500** **Minneapolis, MN 55402** | | | | | | | | | **82.00** |
| Account No. | | | - | | Trade Practices and Tort Claims Asserted by Former Customer | | X | X | |
| **Lee White, as Executor of** **Estate of Kay White** **c/o Ronald J. Schaeffer, Esq.** **P.O. Box 1432** **Lufkin, TX 75901** | | | | | | | | | **Unknown** |
| Account No. | X | | - | | Claims based on subscription for stock in International Rarities Holdings, Inc. | | | | |
| **Leon Gainen** **1615 W. 22nd Street** **San Pedro, CA 90732** | | | | | | | | | **50,000.00** |
| Account No. | | | - | | Customer payment received, unfilled order | | | | |
| **Lester Hagan** **33 North 6th Street** **Rio Vista, CA 94571** | | | | | | | | | **29,120.00** |
| Account No. | | | - | | Customer payment received, unfilled order | | | | |
| **Lynn Bingham** **2535 North 4000 West** **Dayton, ID 83232** | | | | | | | | | **33,532.00** |

Sheet no. __9___ of __18___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **112,734.00**

In re **International Rarities Corp.**                                 , Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | - | | | Services Performed | | | | |
| **Madsen, O'Meara and Company** **10800 Lyndale Ave. South** **Suite 250** **Minneapolis, MN 55420** | | | | | | | | | 3,175.00 |
| Account No. | | - | | | Trade debt | | | | |
| **Marc One Numismatics, Inc.** **P.O. Box 8048** **Newport Beach, CA 92658** | | | | | | | | | 82,769.81 |
| Account No. | | - | | | Customer payment received, unfilled order | | | | |
| **Marilyn Horton** **4760 Aston Gardens Way** **#306** **Naples, FL 34109** | | | | | | | | | 14,426.00 |
| Account No. | X | - | | | Claims based on subscription for stock in International Rarities Holdings, Inc. | | | | |
| **Mark Parker** **21627 Gundpowder Road** **Millers, MD 21102** | | | | | | | | | 50,000.00 |
| Account No. | | - | | | Customer payment received, unfilled order | | | | |
| **Max & Florence Schwartz** **101 South Plaza Place** **Unit 1508** **Atlantic City, NJ 08401** | | | | | | | | | 108,161.00 |

Sheet no. __10__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 258,531.81

In re **International Rarities Corp.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> McKinley Inc. <br> Receiver for 331 2nd Ave. <br> 320 N. Main Street <br> Suite 200 <br> Ann Arbor, MI 48104 | | - | | Rent Arrearages | | | | 28,213.72 |
| Account No. **458** <br><br> Minnesota Chamber of Commerce <br> NW7812 <br> P.O. Box 1450 <br> Minneapolis, MN 55485 | | - | | Membership Dues | | | | 530.00 |
| Account No. <br><br> Minnesota Department of Transportation <br> 2055 Lilac Drive N. <br> Golden Valley, MN 55422 | | - | | Transportation Costs | | | | 54.50 |
| Account No. <br><br> Nancy Turnbull <br> 11285 Hadley Street <br> Overland Park, KS 66210 | X | - | | Claims based on subscription for stock in International Rarities Holdings, Inc. | | | | 84,000.00 |
| Account No. <br><br> Norman W. Boe <br> 208 Palmetto Road <br> Gulf Breeze, FL 32561 | X | - | | Claims based on subscription for stock in International Rarities Holdings, Inc. | | | | 12,500.00 |

Sheet no. __11__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 125,298.22

In re **International Rarities Corp.**                                    , Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. #x3888<br><br>Oppenheimer, Wolff and Donnelly LLP<br>45 S. 7th Street<br>Suite 3300<br>Minneapolis, MN 55401 | | - | Services Performed | | | | 13,676.00 |
| Account No.<br><br>Patrick Connolly<br>1511 Tarval Street<br>#203<br>San Francisco, CA 94116 | X | - | Claims based on subscription for stock in International Rarities Holdings, Inc. | | | | 30,000.00 |
| Account No.<br><br>Perry Merrill<br>11B Coal Basion Road<br>Gallup, NM 87305 | | - | Customer payment received, unfilled order | | | | 10,000.00 |
| Account No. xxxxxxx1863<br><br>Pitney Bowes<br>Purchase Power<br>P.O. Box 371874<br>Pittsburgh, PA 15250 | | - | Postage Meter | | | | 1,493.90 |
| Account No.<br><br>Pope, Hardwicke, Christie,<br>Schell, Kelly & Ray, LLP<br>901 For Worth Club Building<br>306 West 7th Street<br>Fort Worth, TX 76102-4995 | | - | Services Performed | | | | 1,701.20 |

Sheet no. __12__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **56,871.10**

In re **International Rarities Corp.** ,                Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx7652** | | | | **Goods Purchased** | | | | |
| Quill Corporation P.O. Box 37600 Philadelphia, PA 19101 | | - | | | | | | 1,043.44 |
| Account No. **xxxx7132** | | | | | | | | |
| Qwest P.O. Box 52137 Phoenix, AZ 85072 | | - | | | | | | 1,937.64 |
| Account No. | | | | Claims based on subscription for stock in International Rarities Holdings, Inc. | | | | |
| Ralph E. Helmer 601 4th Avenue Eagle, AK 99738 | X | - | | | | | | 12,500.00 |
| Account No. | | | | Customer payment received, unfilled order | | | | |
| Robert Gamblin 1701 Mediterraneo Place Brentwood, CA 94513 | | - | | | | | | 18,336.00 |
| Account No. | | | | February 1, 2011 Promissory Note | | | | |
| Robert Hiatt 6 Flagler Lane, #210 Holly Hill, FL 32117 | | - | | | | | | 391,704.00 |

Sheet no. __13__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **425,521.08**

In re **International Rarities Corp.** , Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Rocket 55**<br>**325 Cedar Street**<br>**#102**<br>**Saint Paul, MN 55101** | | - | | | **Services Provided** | | | | 210.00 |
| Account No.<br><br>**Rod Arnett**<br>**150 Stratford Way**<br>**Santa Rosa, CA 95401** | | - | | | **Customer payment received, unfilled order** | | | | 9,455.00 |
| Account No.<br><br>**Ronald Brenchley**<br>**3841 East 1400 North**<br>**Ashton, ID 83420** | | - | | | **Customer payment received, unfilled order** | | | | 38,800.00 |
| Account No.<br><br>**RREEF America Reit II**<br>**Portfolio, LP**<br>**10815 Rancho Bernardo Road**<br>**Suite 390**<br>**San Diego, CA 92127** | | - | | | **Arrearages Under Lease of Real Property** | | X | X | 200,000.00 |
| Account No.<br><br>**Rudolph Ondris**<br>**135 Fifth Avenue**<br>**Kings Park, NY 11754** | | - | | | **Customer payment received, unfilled order** | | | | 43,200.00 |

Sheet no. __14__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   291,665.00

In re  **International Rarities Corp.**                                    ,        Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | Claims based on subscription for stock in International Rarities Holdings, Inc. | | | | |
| **Ryan Kotula** **2800 Southcross Drive W.** **Burnsville, MN 55306** | X | - | | | | | | |
| | | | | | | | | 50,000.00 |
| Account No. | | | | Services Performed | | | | |
| **Solutions on Hold** **PO Box 723** **Long Lake, MN 55356** | | - | | | | | | |
| | | | | | | | | 252.20 |
| Account No. | | | | Customer payment received, unfilled order | | | | |
| **Stan Claassen** **808 S. Kansas Avenue** **Newton, KS 67114** | | - | | | | | | |
| | | | | | | | | 30,130.00 |
| Account No. | | | | Claims based on subscription for stock in International Rarities Holdings, Inc. | | | | |
| **Stephen Romsdahl** **40739 690th Avenue** **Saint James, MN 56081** | X | - | | | | | | |
| | | | | | | | | 62,500.00 |
| Account No. | | | | Services Performed | | | | |
| **Tela, Inc.** **1769 Lexington Ave. N.** **#344** **Roseville, MN 55113** | | - | | | | | | |
| | | | | | | | | 36.00 |

Sheet no. __15__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           142,918.20

In re **International Rarities Corp.** , Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Customer payment received, unfilled order | | | | |
| Thomas Bryan 6205 Coltrane Drive Kernersville, NC 27284 | | - | | | | | | 14,473.00 |
| Account No. | | | | Claims based on subscription for stock in International Rarities Holdings, Inc. | | | | |
| Thomas H. Gallagher 4466 Clover Lane #B Eagan, MN 55122 | X | - | | | | | | 10,000.00 |
| Account No. 7066 | | | | Phone Maintenance Contract | | | | |
| Transcend Communications 2101 Kennedy St. NE Minneapolis, MN 55413 | | - | | | | | | 1,506.32 |
| Account No. xx7978 | | | | Goods Provided | | | | |
| Uline 2200 S Lakeside Drive Waukegan, IL 60085 | | - | | | | | | 401.03 |
| Account No. xx1586 | | | | Copier Lease | | | | |
| US Bank Corp. Equipment 1310 Madrid St. Suite 101 Marshall, MN 56258 | | - | | | | | | 3,467.23 |

Sheet no. _16_ of _18_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,847.58

In re **International Rarities Corp.**           ,      Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Valta Martens** <br> **60 Cedar Circle West** <br> **Burlington, CO 80807** | | - | Customer payment received, unfilled order | | | | 10,000.00 |
| Account No. <br><br> **Veramark** <br> **1565 Jefferson Rd. #120** <br> **Rochester, NY 14623** | | - | Services Provided | | | | 233.57 |
| Account No. 9300 <br><br> **Walling, Berg & Debele** <br> **121 South 8th St. Suite 1100** <br> **Minneapolis, MN 55402** | | - | Services Performed | | | | 1,234.98 |
| Account No. <br><br> **Warren Ravenscroft** <br> **63 West 3rd Avenue** <br> **Saltsburg, PA 15681** | | - | Customer payment received, unfilled order | | | | 9,390.00 |
| Account No. <br><br> **West Bend Mutual Ins. Co.** <br> **Bin 432** <br> **Milwaukee, WI 53288-0432** | | - | Business Insurance | | | | 253.30 |

Sheet no. __17__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     21,111.85

In re __International Rarities Corp._____,    Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Services Provided | | | | |
| **Zee Medical Service P.O. Box 911 Burnsville, MN 55337** | | - | | | | | | **174.98** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __18__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **174.98**

Total
(Report on Summary of Schedules)    **2,973,814.04**

.

In re    **International Rarities Corp.**                     ,    Case No. _____

                                       Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **331 Second Ave. LLC**<br>**Tritech Office Center c/o**<br>**JLT Group**<br>**10 River Park Plaza, Suite 800**<br>**Saint Paul, MN 55107** | **Corporate Office Lease** |
| **331 Second Ave. LLC**<br>**c/o McKinley Inc.**<br>**320 N. Main Street**<br>**Suite 200**<br>**Ann Arbor, MI 48104** | **Office Lease** |
| **ADP**<br>**400 W. Covina Blvd.**<br>**San Dimas, CA 91773** | **Payroll Processing** |
| **ADP, Inc.**<br>**504 Clinton Center Drive**<br>**#4400**<br>**Clinton, MS 39056** | **401(k) Services** |
| **Amtrust**<br>**P.O. Box 318004**<br>**Cleveland, OH 44131-8004** | **Worker's Compensation Insurance** |
| **Assurant Employee Benefits**<br>**P.O. Box 843300**<br>**Kansas City, MO 64184-3300** | **Employee Benefits** |
| **Avaya Financial Services**<br>**1 CIT Drive**<br>**Livingston, NJ 07039** | **Phone System Lease** |
| **Coordinated Business Systems,**<br>**Ltd. of Minnesota**<br>**851 W. 128th Street**<br>**Burnsville, MN 55337** | **Copier/printer maintenance contract** |
| **First Data Global Leasing**<br>**3 Western Maryland Pkwy.**<br>**Hagerstown, MD 21740** | **Copier/Printer Lease** |
| **Medica**<br>**NW 7958**<br>**P.O. Box 1450**<br>**Minneapolis, MN 55485-7958** | **Medical Insurance** |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re  **International Rarities Corp.**                                    ,        Case No. _____
                                             Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Pitney Bowes Global Financial Services LLC** **P.O. Box 371887** **Pittsburgh, PA 15250-7887** | **Mailing System, Postage Meter Lease** |
| **RREEF America REIT II Portfolio, LP** **10815 Rancho Bernardo Road** **Suite 390** **San Diego, CA 92127** | **Office Lease** |
| **Transcend United Technologies** **2101 Kennedy Street NE** **Minneapolis, MN 55413** | **Phone Maintenance contract** |
| **US Bank** **1310 Madrid St. Suite 101** **Marshall, MN 56258** | **Copier Lease** |
| **Westbend Mutual Insurance Co.** **1900 S. 18th Avenue** **West Bend, WI 53095** | **Business Liability Insurance** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re **International Rarities Corp.**                              , Case No. _____

                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dana Golden**<br>**19805 Waterford Place**<br>**Shorewood, MN 55331** | **Wells Fargo Bank Minnesota, NA**<br>**730 2nd Avenue South**<br>**Suite 1000**<br>**MAC #N9314-100**<br>**Minneapolis, MN 55479** |
| **David Marion**<br>**331 2nd Avenue S.**<br>**#410**<br>**Minneapolis, MN 55401** | **RREEF America REIT II**<br>**Portfolio, LP**<br>**10815 Rancho Bernardo Road**<br>**Suite 390**<br>**San Diego, CA 92127** |
| **David Marion**<br>**331 2nd Avenue S.**<br>**#410**<br>**Minneapolis, MN 55401** | **Dana Golden**<br>**19805 Waterford Place**<br>**Shorewood, MN 55331** |
| **International Rarities**<br>**Holdings, Inc.**<br>**331 2nd Avenue South**<br>**Suite 410**<br>**Minneapolis, MN 55401** | **Ann McElligott**<br>**10668 SW 41st Avenue**<br>**Portland, OR 97219** |
| **International Rarities**<br>**Holdings, Inc.**<br>**331 2nd Avenue South**<br>**Suite 410**<br>**Minneapolis, MN 55401** | **Catherine Reaves**<br>**1607 Guyer Street**<br>**High Point, NC 27265** |
| **International Rarities**<br>**Holdings, Inc.**<br>**331 2nd Avenue South**<br>**Suite 410**<br>**Minneapolis, MN 55401** | **Charles Allison**<br>**741 County Road 3275**<br>**Kempner, TX 76539** |
| **International Rarities**<br>**Holdings, Inc.**<br>**331 2nd Avenue South**<br>**Suite 410**<br>**Minneapolis, MN 55401** | **Clifton Browning**<br>**6355 S. 750 East**<br>**Bountiful, UT 84010** |
| **International Rarities**<br>**Holdings, Inc.**<br>**331 2nd Avenue South**<br>**Suite 410**<br>**Minneapolis, MN 55401** | **Dan Angulo**<br>**217 Pettibone Avenue**<br>**Crown Point, IN 46307** |

**2**
\_\_\_\_ continuation sheets attached to Schedule of Codebtors

In re    **International Rarities Corp.**                   ,      Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| International Rarities Holdings, Inc. 331 2nd Avenue South Suite 410 Minneapolis, MN 55401 | Darrell McConaghy 23750 SD Hwy 19 Madison, SD 57042 |
| International Rarities Holdings, Inc. 331 2nd Avenue South Suite 410 Minneapolis, MN 55401 | Dr. David Knox 24746 Big Fir Road West Linn, OR 97068 |
| International Rarities Holdings, Inc. 331 2nd Avenue South Suite 410 Minneapolis, MN 55401 | Duane Johnson 9911 Isabelle Road Lafayette, CO 80026 |
| International Rarities Holdings, Inc. 331 2nd Avenue South Suite 410 Minneapolis, MN 55401 | Earl Cleveland 500 Briarwood Terrace Ventura, CA 93001 |
| International Rarities Holdings, Inc. 331 2nd Avenue South Suite 410 Minneapolis, MN 55401 | Earl V. Fleming 15707 534th Avenue Garden City, MN 56034 |
| International Rarities Holdings, Inc. 331 2nd Avenue South Suite 410 Minneapolis, MN 55401 | Frank Chrane 12001 FM 11785 Abilene, TX 79602 |
| International Rarities Holdings, Inc. 331 2nd Avenue South Suite 410 Minneapolis, MN 55401 | Keith King 73-994 Ahikawa Street Kailua Kona, HI 96740 |
| International Rarities Holdings, Inc. 331 2nd Avenue South Suite 410 Minneapolis, MN 55401 | Leon Gainen 1615 W. 22nd Street San Pedro, CA 90732 |
| International Rarities Holdings, Inc. 331 2nd Avenue South Suite 410 Minneapolis, MN 55401 | Mark Parker 21627 Gundpowder Road Millers, MD 21102 |

Sheet  __1__  of  __2__  continuation sheets attached to the Schedule of Codebtors

In re   **International Rarities Corp.**                           ,        Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| International Rarities Holdings, Inc. 331 2nd Avenue South Suite 410 Minneapolis, MN 55401 | Nancy Turnbull 11285 Hadley Street Overland Park, KS 66210 |
| International Rarities Holdings, Inc. 331 2nd Avenue South Suite 410 Minneapolis, MN 55401 | Norman W. Boe 208 Palmetto Road Gulf Breeze, FL 32561 |
| International Rarities Holdings, Inc. 331 2nd Avenue South Suite 410 Minneapolis, MN 55401 | Patrick Connolly 1511 Tarval Street #203 San Francisco, CA 94116 |
| International Rarities Holdings, Inc. 331 2nd Avenue South Suite 410 Minneapolis, MN 55401 | Ralph E. Helmer 601 4th Avenue Eagle, AK 99738 |
| International Rarities Holdings, Inc. 331 2nd Avenue South Suite 410 Minneapolis, MN 55401 | Ryan Kotula 2800 Southcross Drive W. Burnsville, MN 55306 |
| International Rarities Holdings, Inc. 331 2nd Avenue South Suite 410 Minneapolis, MN 55401 | Stephen Romsdahl 40739 690th Avenue Saint James, MN 56081 |
| International Rarities Holdings, Inc. 331 2nd Avenue South Suite 410 Minneapolis, MN 55401 | Thomas H. Gallagher 4466 Clover Lane #B Eagan, MN 55122 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## District of Minnesota

In re  **International Rarities Corp.**                                        Case No. _____
                                              Debtor(s)        Chapter        **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**34**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August 19, 2011**                        Signature  **/s/ Stephen Hastings**
                                                                **Stephen Hastings**
                                                                **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Minnesota

In re   **International Rarities Corp.**          Case No. _____

Debtor(s)         Chapter    **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$15,740,520.00** | **Operation of Business - 2010** |
| **$24,048,377.00** | **Operation of Business - 2009** |

---

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                  SOURCE

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None □

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Attached Exhibit SFA 3(b) | | $0.00 | $0.00 |

None □

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See Attached Exhibit SFA 3(c) | | $0.00 | $0.00 |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None □

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **RREEF America REIT II Portfolio, L.P. v. Interantional Rarities Corporation aka International Rarities Corp., a Minnesota corporation; David L. Marion, an individual as Guarantor; and Does 1 through 10, inclusive, Case No. 37-2011-0083741-CU-BC-CTL,** | **Civil/Contract** | **Superior Court of California, County of San Diego,** | **Pending** |
| **Dean Dellinger v. International Rarities Corporation [sic] 3:2010cv00323.** | **Civil/Trade Practices** | **Federal District Court for Northern Florida,** | **Pending** |
| **Lee White v. International Rarity Corporation [sic] 2009 PRO 1344-1-A** | **Civil/Trade Practices** | **Probate Court, Tarrant County, Texas** | **Pending** |
| **Barbara Shannon v. International Rarities Corporation [sic]; Case No. 11-C-104** | **Civil/Trade Practices** | **Circuit Court of Jackson County, West Virginia** | **Pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**None** ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

**None** ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

**None** ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

**None** ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

**None** ☐   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Making Tracks for Celiacs** **P.O. Box 1161** **Minnetonka, MN 55345** | **None** | **07/07/2010** | **$1,000.00 Cash Donation** |
| **Donald's Apparel and Uniform** **972 Payne Avenue** **Saint Paul, MN 55130** | **None** | **07/09/2010** | **$2,389.20 Uniforms for Little League** |
| **Zuhrah Shrine Circus** **2540 Park Ave** **Minneapolis, MN 55404-4403** | **None** | **10/06/2010** | **$100.00 Cash Donation** |

#### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

#### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Hinshaw & Culbertson LLP<br>333 South Seventh Street<br>Suite 2000<br>Minneapolis, MN 55402** | **5/25/2011** | **$25,000.00; (Retainer)** |
| **Hinshaw & Culbertson LLP<br>333 South Seventh Street<br>Suite 2000<br>Minneapolis, MN 55402** | **7/7/2011** | **$25,000.00 (Retainer)** |
| **Hinshaw & Culbertson LLP<br>333 South Seventh Street<br>Suite 2000<br>Minneapolis, MN 55402** | **8/17/2011** | **$10,000.00** |

#### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Wells Fargo**<br>**P.O. Box 9149**<br>**Minneapolis, MN 55480-9149** | **Savings Account; Account No. xxxxxx0676** | **7/2010** |
| **Wells Fargo**<br>**P.O. Box 9149**<br>**Minneapolis, MN 55480-9149** | **Checking Account; Acct. No. xxxxx4158** | **7/2010** |
| **Crown Bank**<br>**601 Marquette Avenue S., #125**<br>**Minneapolis, MN 55402** | **Checking Account; Account No. xxx4534** | |

**12. Safe deposit boxes**

None
☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |
| **Wells Fargo**<br>**Kehinde Sosina, Mac N9305-011, 90 South 7th Street**<br>**Minneapolis, MN 55402** | **David Marion**<br>**Catherine Chambers** | **None** | **N/A** |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **Marilyn Horton**<br>**4760 Aston Gardens Way**<br>**#306**<br>**Naples, FL 34109** | **Goods held at request of customer; $165,000.00** | **In Debtor's Possession** |
| **Stan Claassen**<br>**808 S. Kansas Avenue**<br>**Newton, KS 67114** | **Goods held at request of customer; $63,312.00** | **In Debtor's Possession** |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                                    DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **Quist, Madsen and Company, P.C.**<br>**10800 Lyndale Avenue South, #250**<br>**Bloomington, MN 55420** | **Over 2 years** |
| **Catherine Chambers**<br>**3333 Texas Avenue South**<br>**St. Louis Park, MN 55426** | **Approximately 7 years.** |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |
| **Quist, Madsen and Company, P.C.** | **10800 Lyndale Avenue South, #250**<br>**Bloomington, MN 55420** | **Over 2 years.** |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Quist, Madsen and Company, P.C.** | **1800 Lyndale Avenue South, #250**<br>**Bloomington, MN 55420** |
| **Catherine Chambers** | **3333 Texas Avenue South**<br>**St. Louis Park, MN 55426** |

None ☐  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **US Bank**<br>**P.O. Box 790408**<br>**Saint Louis, MO 63179-0408** | **Yearly** |
| **Various Individuals** | **In connection with stock offerings, financial statements were provided to a number of individuals in 2009 and 2010.** |

---

### 20. Inventories

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|----------------------|---------------------------------|

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|-------------------------------------------|
| **David Marion**<br>**331 2nd Avenue South, #410**<br>**Minneapolis, MN 55401** | **Director** | **100%** |

---

### 22 . Former partners, officers, directors and shareholders

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **David Marion**<br>**331 2nd Avenue South, #410**<br>**Minneapolis, MN 55401** | **President/CEO** | **7/16/2011** |
| **Catherine Chambers**<br>**3333 Texas Avenue South**<br>**St. Louis Park, MN 55426** | **COO** | **7/8/2011** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR<br>**See Attached Exhibit SFA 23** | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **August 19, 2011**      Signature   **/s/ Stephen Hastings**
                                               **Stephen Hastings**
                                               **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**Form 1007-1 - Statement Of Compensation By Debtor's Attorney**

# United States Bankruptcy Court
### District of Minnesota

In re  **International Rarities Corp.**                                                  Case No. _____
                                              Debtor(s)                      Chapter  **11**

## STATEMENT OF COMPENSATION BY ATTORNEY FOR DEBTOR(S)

The undersigned, pursuant to Local Rule 1007-1, Bankruptcy Rule 2016(b) and § 329(a) of the Bankruptcy Code, states that:

1.      The undersigned is the attorney for the debtor(s) in this case and files this statement as required by applicable rules.

2.      (a)    The filing fee paid by the undersigned to the clerk for the debtor(s) in this case is:   $   **1,039.00**

         (b)    The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:   $   **TBD**

         (c)    Prior to filing this statement, the debtor(s) paid to the undersigned:   $   **60,000.00**

         (d)    The unpaid (Retainer) balance due and payable by the debtor(s) to the undersigned is:   $   **0.00**

3.      The services rendered or to be rendered include the following:
         (a)    analysis of the financial situation and rendering advice and assistance to the debtor in determining whether to file a petition under Title 11 of the United States Code;
         (b)    preparation and filing of the petition, exhibits, attachments, schedules, statements and lists and other documents required by the court;
         (c)    representation of the debtor(s) at the meeting of creditors;
         (d)    negotiations with creditors; and
         (e)    other services reasonably necessary to represent the debtor(s) in this case.

4.      The source of all payments by the debtor(s) to the undersigned was or will be from earnings or other current compensation of the debtor(s), and the undersigned has not received and will not receive any transfer of property other than such payments by the debtor(s), except as follows:

5.      The undersigned has not shared or agreed to share with any other person other than with members of undersigned's law firm any compensation paid or to be paid.

Dated:  **August 19, 2011**                             Signed:  **/s/ Thomas G. Wallrich**
                                                                       **Thomas G. Wallrich 213354**
                                                                       Attorney for Debtor(s)
                                                                       **Hinshaw & Culbertson LLP**
                                                                       **333 South Seventh Street**
                                                                       **Suite 2000**
                                                                       **Minneapolis, MN 55402-2431**
                                                                       **612-333-3434  Fax: 612-334-8888**

LOCAL RULE REFERENCE:  1007-1

# United States Bankruptcy Court
## District of Minnesota

In re   **International Rarities Corp.**

                         Debtor

Case No. _____

Chapter                 **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David Marion**<br>**331 2nd Avenue S.**<br>**#410**<br>**Minneapolis, MN 55401** | **Common** | **100%** | **-** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**August 19, 2011**_____      Signature  **/s/ Stephen Hastings**_____

                                                     **Stephen Hastings**
                                                      **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
## District of Minnesota

In re __International Rarities Corp.__

Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __International Rarities Corp.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__August 19, 2011__

Date

/s/ Thomas G. Wallrich

__Thomas G. Wallrich 213354__

Signature of Attorney or Litigant

Counsel for __International Rarities Corp.__

__Hinshaw & Culbertson LLP__

__333 South Seventh Street__
__Suite 2000__
__Minneapolis, MN 55402-2431__
__612-333-3434 Fax:612-334-8888__

# United States Bankruptcy Court
## District of Minnesota

In re **International Rarities Corp.**
                                    Debtor(s)

Case No. _____

Chapter **11** _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Stephen Hastings,** declare under penalty of perjury that I am the **President** of **International Rarities Corp.,** and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Stephen Hastings, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Stephen Hastings, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Stephen Hastings, President** of this Corporation is authorized and directed to employ **Thomas G. Wallrich 213354**, attorney and the law firm of **Hinshaw & Culbertson LLP** to represent the corporation in such bankruptcy case."

Date **August 19, 2011**

Signed **/s/ Stephen Hastings**
       **Stephen Hastings**